Patrick J. Geile, ISB No. 6975
Chapter 7 Bankruptcy Trustee
PO Box 925
Meridian, ID 83680
Telephone: (208) 947-1575
pgeile@foleyfreeman.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>SETTLES, LESLIE<br><br>    Debtor. | Case No. 20-01063-JMM<br>Chapter 7<br><br>**TRUSTEE'S FIRST**<br>**STATUS REPORT** |

  COMES NOW, Patrick J. Geile, the chapter 7 trustee, and provides a Status Report in response to the Status Request (Dkt. 29) filed on September 30th, 2021 as follows:

  1. This case is an asset case based on the Debtor's tax refunds. Trustee is in communication with both the Debtor and Debtor's counsel regarding turnover of those refunds. If the Debtor fails to respond to the request for turnover, the Trustee may file a Motion to Revoke Discharge for failure to comply with the Income Tax Turnover Order.

Date:  October 6, 2021

                /s/  Patrick J. Geile
                Patrick J. Geile
                Chapter 7 Bankruptcy Trustee

**TRUSTEE'S FIRST STATUS REPORT - 1**

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on October 6, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**US Trustee**    ustp.region18.bs.ecf@usdoj.gov


                    /s/    Patrick J. Geile

**TRUSTEE'S FIRST STATUS REPORT - 2**